UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
THORCO PROJECTS A/S,

                Plaintiff,

      -against-



SMCCALL INTERNATIONAL, LLC,
SHANAI L MCCALL, JOHN DOE 1-100,

               Defendant.
-----------------------------------------------------X

ECF CASE

**1:18-CV-3434**

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE**</u>

TO THE CLERK OF THIS HONORABLE COURT:

      PLEASE TAKE NOTICE, that the undersigned, Patrick W. Carrington, hereby gives notice of his withdrawal as counsel for Thorco Projects A/S and requests removal from the service list and from the electronic notification system in this action, effective immediately. Briton P. Sparkman will continue to represent Thorco Projects A/S.


Dated:      August 30, 2018
              Oyster Bay, New York

                                Respectfully submitted,

                                CHALOS & CO, P.C.

                                /s/ Patrick W. Carrington
                                Patrick W. Carrington, Esq. (PC-1982)
                                55 Hamilton Avenue
                                Oyster Bay, New York 11771
                                Tel: (516) 714-4300
                                Fax: (516) 750-9051
                                Email: pcarrington@chaloslaw.com

## <u>CERTIFICATE  OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance, was served on all counsel of record via ECF.

By:     /s/ Patrick W. Carrington
        Patrick W. Carrington